STATE of Missouri, Respondent,

v.

**Alvin WOODARD, Appellant.**

**No. WD 39833.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Barbara Schenkenburg, Justine E. Del Muro, Asst. Public Defenders, Kansas City, for appellant.

William L. Webster, Atty. Gen., Karen A. King, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the conviction on two counts of first degree robbery and two counts of armed criminal action.

Judgment affirmed. Rule 30.25(b).